IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                                                    Case No.  20-cv-527-wmc

MELISSA A. KNOX,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff United States of America against defendant Melissa A. Knox awarding plaintiff $28,635.47 as well as interest at the legal rate until paid in full.

| s/ J. Smith, Deputy Clerk | 9/03/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |